# EXHIBIT 1 TO SEC MEMORANDUM OF LAW

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action File No.** |
| **SYED ARHAM ARBAB; ARTIS PROFICIO CAPITAL INVESTMENTS, LLC; and ARTIS PROFICIO CAPITAL MANAGEMENT, LLC,** | |
| **Defendants.** | |

## <u>DECLARATION OF KRYSTA M. CANNON</u>

I, Krysta M. Cannon, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.      I am a Senior Accountant in the Enforcement Division of the United States Securities and Exchange Commission (the "Commission"). I have been licensed by the State of Georgia as a CPA since November 2000. I am over eighteen years of age and am competent to make this declaration.

2.      I am the staff accountant who was part of the team assigned to the investigation of possible violations of the securities laws by the Defendants in the above-entitled cause of action, and I submit this declaration in support of the

Commission's Emergency Motion for a Temporary Restraining Order and Other Equitable Relief.

3.      During the investigation that led to this action, Syed Arham Arbab ("Arbab") gave sworn testimony before the SEC staff.  This occurred on April 19, 2019.  A true and correct copy of certain pages of Arbab's testimony transcript is excerpted and attached to this Declaration as Exhibit A.

4.      As part of my responsibilities in this investigation, I have reviewed the Georgia Secretary of State's corporate records for Artis Proficio Capital Investments, LLC ("APCI"), and Artis Proficio Capital Management, LLC ("APCM").  Those records reflect that Arbab owns and controls APCI and APCM.

5.      As part of my responsibilities in this investigation, I have reviewed the records of Arbab's personal bank account at Bank of America, as well as the Bank of America bank accounts for APCI and APCM.  The records reflect that Arbab is the owner and signatory on his personal account and the APCI account, and, while a contractor opened the APCM account, the checkbook, debit card and statements for the APCM account were all sent to Arbab.  The personal account was opened in 2015.  The APCI account was opened in January 2019, and the APCM account was opened in March 2019.

6.      I also reviewed the website for the Artis Proficio Fund, the address for which is http://artisproficiocapital.com.  The SEC staff preserved a screenshot of

the front page of the website, which was later authenticated by Arbab during his testimony.  A true and correct copy of that screenshot is attached hereto as Exhibit B.

7.      The SEC's staff's investigation, which involved interviewing multiple witnesses and reviewing Arbab's bank and brokerage records, shows that Arbab began soliciting investors for investments in the Fund in or around May 2018. These bank and brokerage records show that, during the relevant time, Arbab raised approximately $269,000 from at least eight investors.

8.      Witness interviews demonstrated that Arbab provided (or promised to provide) new investors with an individualized log-in profile on the Fund's website through which the investor could view his or her initial investment, current investment balance, and supposed "total growth" return.

9.      Witness interviews also demonstrated that Arbab sent investors by text message or email the weekly spreadsheets from which investors could see a list of all of the Fund's investors (identified by ID number only), their invested amounts, and their individual monthly returns.

10.     During the investigation, the SEC sought to find any brokerage accounts in the name of the Fund, APCI or APCM with all brokerages known to have a relationship with Arbab, including, among others, Merrill Lynch and TD

Ameritrade.  The investigation yielded no evidence of any brokerage account existing in the name of the Fund, APCI, or APCM.

11.     During the investigation, Merrill Lynch confirmed that it has never had any relationship with Arbab, the Fund, APCI, or APCM.

12.     As part of the investigation, I reviewed records for Arbab's personal TD Ameritrade brokerage account.  The records show that Arbab is the sole owner of the trading account at TD Ameritrade, and that it was opened in June 2018.

13.     Arbab's personal brokerage account statements show that between September 2018 and March 26, 2019, Arbab's trading losses exceeded $300,000. Account records also show that TD Ameritrade unilaterally closed the account on March 26, 2019.  At that time, the account balance was approximately $350.

14.     As part of the investigation, I also reviewed account statements for Arbab's personal bank account at Bank of America.  Those statements show that when Arbab received funds for investment in his "bond agreements," he diverted those funds into his own bank and brokerage accounts, just as he did with Fund investments or had those "bond" investments wired directly to his personal brokerage account.

15.     During the staff's witness interviews, multiple investors reported that Arbab claimed that the risk of loss with respect to his investments was mollified because invested funds were guaranteed up to $15,000.  However, my review of

4

his bank and brokerage records revealed that he had no reserves and lacked sufficient assets to reimburse each investor $15,000.

16.     Witness interviews also demonstrated that Arbab told investors that he had already finished his undergraduate degree and was working on a master's degree in business administration ("MBA") from UGA.  Arbab also made that representation to the staff during an interview.

17.     As part of the investigation, the staff received, pursuant to subpoena, a copy of Arbab's transcript from UGA.  Arbab's UGA transcript demonstrates he was only working towards an undergraduate degree in cellular biology and genetics prior to May 2019, and that he was never enrolled in UGA's MBA program.

18.     My review of the records and account statements for Arbab's personal bank account and brokerage account records showed that between approximately May 2018 and January 2019, Arbab deposited all or most of the investor funds he received into those accounts.

19.     Arbab's bank account records also show more than $10,000 in withdrawals and more than $5,000 in hotel expenses and nightclub expenses during a December 2018 visit by Arbab in and around Las Vegas, Nevada.

20.     The bank and brokerage account records show that multiple individuals identified by SEC staff as investors in the Artis Proficio Capital hedge

fund (the "Fund"), including Renee Lorys, Candler Cook and Aaron Mitchell, sent their investment funds to these accounts. Those deposits were sent in the form of wires or payment processing applications, such as Zelle, Venmo, or Cash App.

21.     Beginning in January 2019 (for the APCI account), and March 2019 (for the APCM account), Arbab began depositing into these accounts some, but not all, investor proceeds he was receiving.

22.     My review of Arbab's personal account also shows that shortly after investor deposits are made into Arbab's account, he used the account to pay for, among other things, such expenses as restaurant meals, liquor store and bar purchases, expenses at an adult entertainment venue, and car trips via Uber.

23.     In March and April 2019, he paid expenses of over $5,000 for two additional gambling trips to Nevada using the APCI account.

24.     In addition, Arbab's personal brokerage account records show that some of the known investors' money went into one account and was lost through unprofitable trading or later sent back out to Arbab's personal bank account.

25.     Based on the SEC's review and analysis of Arbab's bank and brokerage records, as well as witness interviews and other evidence, the SEC has concluded that Arbab has misappropriated and/or lost through trading and spending at least the roughly $269,000 that he received from investors, who are largely college students, recent graduates and their family members.

26.     As part of the investigation, the staff of the SEC received cash transaction reports from a Las Vegas casino, the MGM Grand, evidencing a cash purchase by Arbab of over $58,000 in gambling chips during the spring of 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2019.

Krysta M. Cannon
United States Securities and Exchange Commission

EXHIBIT A

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           ) File No. A-03849-A

ARTIS PROFICIO            ) Amended: 5/7/2019

CAPITAL INVESTMENTS, LLC )


WITNESS:  Syed Arbab

PAGES:    1 through 105

PLACE:    Federal Courthouse

          115 East Hancock Avenue, Third Floor

          Athens, Georgia 30601

DATE:     Friday, April 19, 2019


     The above-entitled matter came on for hearing,

pursuant to notice, at 1:04 p.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1   APPEARANCES:
2
3     On behalf of the Securities and Exchange Commission:
4       BRIAN M. BASINGER, ESQ.
5       W. SHAWN MURNAHAN, ESQ.
6       STEPHEN E. DONAHUE, ESQ.
7       Securities and Exchange Commission
8       950 East Paces Ferry Road
9       Suite 900
10      Atlanta, GA 30326
11
12    On Behalf of the Witness:
13      SYED ARBAB, PRO SE
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

CONTENTS

1
2
3   WITNESS:                    EXAMINATION
4   Syed Arbab                       5
5
6   EXHIBITS:    DESCRIPTION          IDENTIFIED
7   APCI-1   SEC Form 1662              7
8   APCI-2   Letter Requesting Testimony     9
9   APCI-3   Background Questionnaire       11
10  APCI-4   Georgia Corporation Division Document   31
11  APCI-5   Georgia Corporation Division Document   32
12  APCI-6   Website Home Page           56
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1                P R O C E E D I N G S
2           MR. BASINGER:  So we are on the record at 1:04
3   p.m. on Friday, April the 19th of 2019.  I am Brian
4   Basinger, and alongside me are Stephen Donahue and Shawn
5   Murnahan, u-r-n-a-h-a-n.  We are members of the staff of
6   the Enforcement Division of the Atlanta Regional Office
7   of the U.S. Securities and Exchange Commission, and
8   officers of the Commission for the purpose of this
9   proceeding.
10          Your testimony today has been requested by the
11  staff as part of a formal inquiry in which your
12  testimony has -- pardon me, I rephrase that.  Your
13  testimony today has been requested by the State
14  Department, a formal inquiry in the matter of Artis
15  Proficio Capital Investments, LLC, to determine whether
16  there have been violations of certain provisions of the
17  Federal Securities laws.  However, the facts developed
18  in this investigation might constitute violations of
19  other federal or state, civil or criminal laws.
20          Your testimony is not pursuant to a subpoena.
21  Accordingly you should understand that your appearance
22  here is voluntary.  And is it Arbab?
23          MR. ARBAB:  Yes, sir.
24          MR. BASINGER:  Mr. Arbab, do you understand
25  that you need not answer any question and that you may

Page 5

1   leave at any time you wish?
2           MR. ARBAB:  Yes, sir.
3           MR. BASINGER:  Okay.  Do you consent to being
4   placed under oath?
5           MR. ARBAB:  Yes, sir.
6           MR. BASINGER:  Ms. Evans, if you would please
7   identify yourself for the record, state the jurisdiction
8   in which you are commissioned as a Notary Public and
9   when that commission expires, and swear in the witness.
10          THE REPORTER:  My name is Karen Evans.  I am
11  commissioned from Forsyth County, Georgia.  My notary
12  expires September 22nd, 2020.
13          Would you please raise your right hand?
14  Whereupon,
15                SYED ARBAB
16  was called as a witness and, having been first duly
17  sworn, was examined and testified as follows:
18                EXAMINATION
19  BY MR. BASINGER:
20      Q   Please state and spell your full name for the
21  record.
22      A   My name is Syed Arham Arbab, S-y-e-d
23  A-r-b-a-b.
24          BY MR. DONAHUE:
25      Q   Just to be clear I think you said, So help me

Page 6

1   God. You need to say I do after the oath.
2       A   Oh.
3           THE REPORTER:  Pardon me?
4           MR. DONAHUE:  His answer was, So help me God,
5   not I do.
6           MR. BASINGER:  If you want to do the oath
7   again? Yeah, just one more time.
8           MR. DONAHUE:  I'm sorry.
9           THE REPORTER:  Raise your right hand.
10          (The witness complies.)
11          THE REPORTER:  Do you solemnly swear the
12  testimony you give today will be the truth and nothing
13  but the truth, so help you God?
14          THE WITNESS:  So help me God, I do.
15          BY MR. BASINGER:
16      Q   Okay.  Please state and spell your full name
17  for the record.
18      A   Syed Arham Arbab, S-y-e-d A-r-h-a-m A-r-b-a-b.
19      Q   And please state your date of birth.
20      A   ▆▆▆▆▆▆▆▆▆▆
21      Q   ▆▆▆▆▆▆▆▆
22      A   Yes.
23      Q   And what is your current residential address?
24      A   ▆▆▆▆▆▆▆▆▆▆, Athens, Georgia, 30601.
25      Q   And are you currently a student at the

Page 7

1   University?
2       A   Yes, sir.
3       Q   And will you be moving in the near future?
4       A   Undecided yet.  I did get into the University
5   of graduate program, but I am looking into other options
6   to stay within the Georgia area.
7       Q   Okay.  So do you foresee staying at that 558
8   address for at least the next month or so?
9       A   Within the next month, yes.
10      Q   Do you have a current rental date when you
11  will be asked to leave because like a rent ends?
12      A   The lease expires on May 30th.
13      Q   Okay.
14      A   2019.
15      Q   So prior to opening of the record you were
16  provided with a copy of the Commission's Supplemental
17  Information Form known as the SEC-1662.  If we could
18  please label that as Artis Proficio Capital Investments,
19  or APCI Exhibit Number 1.
20          (SEC Exhibit No. 1 was marked for
21          identification.)
22      Q   Mr. Arbab, have you had a chance to look at
23  Exhibit Number 1?
24      A   Yes, sir.
25      Q   And do you have any questions concerning the

Page 8

1   exhibit?
2       A   I do not at the moment.
3       Q   Okay.  You're welcome to put it to the side.
4   And I can actually take it from you, but if you would
5   like to see it again at any time just let me know.
6       A   Okay.
7       Q   Now Mr. Arbab, you are not represented by
8   counsel here today, are you?
9       A   No, sir.
10      Q   You understand you have the right to be
11  accompanied and represented by counsel?
12      A   Yes, sir.
13      Q   This means you have, you may have an attorney
14  present and that your attorney can advise you before,
15  during and after this examination today.  Do you
16  understand this?
17      A   Yes, sir.
18      Q   Since you are not represented by counsel there
19  are certain matters discussed in Exhibit Number 1 I want
20  to highlight for you.  Let me put it back in front of
21  you for that.  So I'm handing the witness again Exhibit
22  Number 1 so he has it in front of him.
23          Do you understand that upon your request these
24  proceedings will be adjourned so that you may obtain
25  counsel?

Page 9

1       A   Yes, sir.
2       Q   Do you understand that the statutes set forth
3   in Exhibit Number 1 provide criminal penalties for
4   knowingly providing false information or false
5   testimony, or knowingly using false documents in
6   connection with this investigation?
7       A   Yes, sir.
8       Q   Do you understand that you may assert your
9   rights under the Fifth Amendment to the Constitution and
10  refuse to answer any question which may tend to
11  incriminate you?
12      A   Yes, sir.
13          MR. BASINGER:  Steve, anything you want to
14  add?
15          MR. DONAHUE:  No.
16          BY MR. BASINGER:
17      Q   So I'm going to take Exhibit 1 and just put it
18  to the side.  But again you're welcome to look at it
19  again whenever you want to.
20          MR. BASINGER:  If we can please mark this as
21  Exhibit Number 2.
22          (SEC Exhibit No. 2 was marked for
23          identification.)
24          BY MR. BASINGER:
25      Q   Mr. Arbab, this has been marked as APCI

Page 14

1   circle back through any additional information.
2       A   Sounds great.
3       Q   Okay.  Well just -- even though it's already
4   in your background questionnaire, to be a little
5   redundant I'll ask you to tell us about what your
6   undergraduate degree was in, and also what you're
7   currently studying.
8       A   My undergraduate degree was in Cellular
9   Biology and Genetics, and I'm focusing on getting my MBA
10  in Finance at this university.
11      Q   And -- I'm sorry.  Go ahead and finish that
12  sentence.
13      A   Oh, at this university.
14      Q   When do you anticipate getting that degree?
15      A   May, 2019.
16      Q   So next month?
17      A   Yes.
18      Q   And we already -- do you expect to potentially
19  leave Athens?
20      A   Depending on where I get the best stipend for
21  graduate study, or depending on my parents' opinion.
22      Q   And where are you looking at going to?
23      A   So I have applied to the University of
24  Michigan, and I have received a confirmation.  I am
25  waiting for the stipend to come in for that, if I do get

Page 15

1   one.  Georgia State College, Georgia College, Georgia
2   State University, UGA.  And then my parents were trying
3   to look at applying to Georgia Tech and Emory as well.
4       Q   And what would you potentially be studying?
5       A   Human genetics, molecular biology, and
6   cellular biology.
7       Q   And what are your current aspirations with
8   that?
9       A   Starting a biotech company.
10          BY MR. DONAHUE:
11      Q   What would the degree be that you would be
12  obtaining if you went to any of the schools you're
13  looking at?
14      A   A Master's degree.
15      Q   Oh let me, before you go on.  Did anyone help
16  you complete the background questionnaire?
17      A   No, sir.
18          BY MR. BASINGER:
19      Q   So you know that today we're here to talk
20  about Artis Proficio Capital Investments, LLC?
21      A   Yes, sir.
22      Q   So what I'd like to do is in Exhibit Number 3,
23  if we could turn to -- first let's see - the section
24  called Privately Held Companies.  I'm trying to find the
25  page number for you.  You might find it before me.  It's

Page 16

1   page 4.
2       A   It's 15, yes.
3       Q   Yeah, number, question 15 on page 4.  So
4   Privately Held Companies.  I guess number 16 you
5   actually answered yes to the question, (reading), Are
6   you now or have you ever been a manager or a member of
7   any privately held company?
8           And you listed Artis Proficio Capital
9   Investments, Management, LLC.
10          Is that meant to capture two separate
11  entities?
12      A   Yes, sir.
13      Q   Can you explain what those two are?
14      A   It is the Management LLC, and the Investments
15  LLC that is in question right now.
16      Q   So the full names would be Artis Proficio
17  Capital Investments, LLC, and Artis Proficio Capital
18  Management, LLC?
19      A   Yes, sir.
20      Q   Do you -- are you indicating here that you are
21  an owner of both of those?
22      A   Yes, sir.
23      Q   Okay.  So are you the only owner?  Actually
24  for the rest of today I'm going to refer to Artis
25  Proficio Capital Investments, LLC as APCI, and Artis

Page 17

1   Proficio Capital Management as APCM.
2           So just starting with APCI, does anyone else
3   own it with you, have any ownership stake in it?
4       A   Yes.
5       Q   Who is that?
6       A   Stephen Romanoff has a stake of 35 percent,
7   and that's currently the owners of the LLC and
8   operational agreement.
9       Q   And you own the other 65 percent?
10      A   Yes, sir.
11      Q   Okay.  And what about for APCM, who are the
12  owners?
13      A   Currently it's held under my name just because
14  that just started up about a month ago.
15      Q   So I think -- I'm going to -- Shawn, go ahead.
16          BY MR. MURNAHAN:
17      Q   Just out of curiosity, can you tell us a
18  little bit about Mr. Romanoff, who he is, how you know
19  him?
20      A   Yeah.  Mr. Romanoff is a colleague of mine.  I
21  met him through a on-campus friend, Will Spagoli.  And
22  Stephen Romanoff has been here to assist me in
23  structuring the fund itself to move from the LLC to a
24  LLP.  So we have the structure set as an LLC, a Delaware
25  LLP, and we're essentially just structuring that so it

Page 42

1  Q   Okay.  And okay, so how many -- at this point
2  how many investors have received subscription agreements
3  in return for giving you money?
4  A   A conglomerate number?  To the dot, 42.
5  Q   42 people, okay.
6      BY MR. BASINGER:
7  Q   Do you track this in any way like in Excel, or
8  how do you track the money that comes in?
9  A   Yeah.  We track everything on the dot.
10     MR. DONAHUE:
11 Q   You keep saying we, and that's what I'm trying
12 to understand.  Who is the we?
13 A   I mean we as a reference to me and Mr.
14 Romanoff.
15 Q   Mr. Romanoff again.
16     MR. BASINGER:  Stephen.
17     MR. DONAHUE:  Okay, yeah.
18     MR. BASINGER:
19 Q   When you say you track it, because I want to
20 follow up, is it actually, are you using Excel, or what
21 are you actually tracking it with, how?
22 A   It's a Workbooks.
23 Q   Okay.
24 A   Yeah.
25     BY MR. DONAHUE:

Page 43

1  Q   And is that housed in the Cloud?
2  A   Huh?
3  A   Is that, is the Workbook housed in the Cloud
4  or is it on someone's laptop?
5  A   It's housed in the Cloud.
6  Q   And the 42 people, what's the total that they
7  have given you in funds?
8  A   I'm not exactly sure.  I won't answer that
9  just because I don't want that to be misrepresentation.
10 Q   So you're not sure how much?
11 A   Conglomerate --
12     BY MR. BASINGER:
13 Q   Could you give a ballpark?
14 A   A ballpark, around $700,000.00.
15     BY MR. DONAHUE:
16 Q   Okay.  When you spoke with Mr. Basinger on the
17 phone you used the number 2.2 --
18 A   2.2.
19 Q   -- million.  What was that about?
20 A   And that was a estimated figure based on our
21 leverage that we would essentially get from our prime
22 brokerage and bank at Atlantic Capital that we are in
23 the process of getting.  And that leverage is a
24 one-to-one.  So in terms of their offering, if we were
25 to bank with them they would be able to credit us and

Page 44

1  the firm a match of what we put in the bank.  So that's
2  where the 2.2 figure came in from.
3  Q   What is the entity again?
4  A   Cowen Group.
5  Q   Well you said Bank of Atlantic or --
6  A   Atlantic City is where the funds are going to
7  be kept, yeah.
8  Q   Which is the broker?  What is the brokerage
9  entity's name?
10 A   Cowen Group.
11 Q   Cowen Group.  And what is this other bank?
12 It's not Bank of America you're saying, you're saying a
13 different bank?
14 A   Yeah, where we're switching from Bank of
15 America to Atlantic City because they handle emerging
16 funds and give us better rates than Bank of America
17 does.
18 Q   Okay.
19     BY MR. BASINGER:
20 Q   And can you spell Cowen?
21 A   C-o-w-e-n.
22     BY MR. DONAHUE:
23 Q   Where does the $700,000.00 sit right now?
24 A   Bank of America.
25 Q   Okay.  In an account that is titled what?

Page 45

1  A   Artis Proficio Capital Management.
2  Q   Management, okay.
3      BY MR. BASINGER:
4  Q   So is that a new account?
5  A   Yes.
6  Q   Okay.
7      BY MR. DONAHUE:
8  Q   When you --
9  A   No, I'm sorry.
10     BY MR. BASINGER:
11 Q   Or is it Artis Proficio --
12 A   It's Artis Proficio Capital Investments.
13 Sorry.  The LLC is the new one.  We still have that same
14 bank.
15     BY MR. DONAHUE:
16 Q   Okay.  So the bank account is in the name of
17 L -- is APCI?
18 A   C-I, yes.
19 Q   And does APCI have its own tax identification
20 number?
21 A   Yes.
22 Q   And is that tax identification number on that
23 account?
24 A   Yes, sir.
25 Q   Okay.  You said originally that you were the

Page 54

1   like, you know, wining and dining people --
2       A   Yeah.
3       Q   -- to ask them for more money, for capital.
4       A   Yes, sir.
5       Q   So is it -- was Mr. Romanoff essentially like
6   going to like, you know, the Palm or you know, a
7   steakhouse meeting with people --
8       A   He would, he would --
9       Q   Let me finish the question -- meeting with
10  people and then coming back and saying, Hey, I took
11  these guys out to talk about APCI, you know, here's the
12  cost for dinner?
13      A   No.  He would get my permission first before
14  anything occurred, and his budget was limited for these
15  dinners.
16      Q   It was unlimited?
17      A   It was limited.
18      Q   Limited.  How much was it limited to?
19      A   Around $70.00.
20      Q   How many of these types of seed dinners do you
21  think he had?
22      A   Not many.  Under the limitations of 10.
23      Q   Okay.  What were the other ways that Mr.
24  Romanoff was reimbursed, or were the bases for him
25  being reimbursed?

Page 55

1       A   For the work that he did in terms of gathering
2   our legal team, admin, auditors, bank and prime
3   brokerage.
4       Q   So what do you mean he gathered?  What are you
5   paying him to have done?
6       A   I mean, his term -- in terms of consultation
7   services, he was the one that went out and seeked these
8   individuals based on a vetting process.  So he had a
9   pool for each of these groups, and then based on his
10  interviews with them he came back and projected his best
11  ideas.
12      Q   How much would you say in ballpark amount
13  total has Mr. Romanoff been paid for consulting at APCI?
14      A   It's capped out at $2,500.00 that was paid to
15  him.
16      Q   And how was that capped out?  How did that
17  come to be?
18      A   It was just for the quarter.  That was, that
19  was just his payment.
20      Q   Has he only been paid during one calendar year
21  quarter?
22      A   Yes, sir.
23      Q   So the total over his lifetime that he has
24  received from you for APCI work is about $2,500.00?
25      A   Yes, sir.

Page 56

1       Q   Okay.  What other -- are there any other
2   individuals that have been paid for consultation that
3   work for APCI besides Mr. Romanoff?
4       A   No, sir.
5       Q   Okay.  Are there people that are owed money
6   right now for work they did for APCI?
7       A   No, sir.
8       Q   I would like to get back into what we were
9   talking about about the folks that you have raised money
10  from.  But I did want to introduce a new Exhibit that I
11  think could help inform that real quick.
12          MR. BASINGER:  So if we could mark this as
13  Exhibit Number 6, please.
14              (SEC Exhibit No. 6 was marked for
15              identification.)
16      Q   And let the record reflect I am handing to the
17  witness what has now been marked as APCI Exhibit Number
18  6, which is a two-page printout.  It's printed front and
19  back, but there is essentially only a url address on the
20  backside.  It's a printout that I printed myself on April
21  the 12th of 2019.
22          Mr. Arbab, can you identify what Exhibit
23  Number 6 is?
24      A   Exhibit Number 6 is our home page for our
25  domain.

Page 57

1       Q   And so the web address at the bottom of
2   Exhibit Number 6 is http:\\artisproficiocapital.com.
3   And so is that the website for Artis Proficio Capital
4   Investments, LLC?
5       A   Yes, sir.
6       Q   Is it also being used for the other Artis
7   Proficio entities we have talked about today, which
8   would be Artis Proficio Capital Management, LLC, and
9   Artis Proficio Capital Investing, LLP?
10      A   Yes, sir.  It's a representation of our
11  conglomerate fund.
12      Q   Okay.  None of that is actually spelled out on
13  this website though, is it?
14      A   No, sir.
15      Q   Okay.  But I just want to make sure I'm clear
16  that this one website that I have printed out the home
17  page from for Exhibit Number 6 actually captures those
18  three separate entities, that's your intent?
19      A   Yes, sir.
20      Q   Okay.  So going to the language on this --
21  well first of all, how did the website come to be
22  created?
23      A   It was through my friend Jan from University
24  of Michigan.
25      Q   And could you provide her full name?

Page 66

1  ask you this question. All the money that people have
2  given us for APCI, has any of it been traded at this
3  point?
4      A   Only the funds that were given as statement as
5  a gift, and the funds that are derived from my own. So
6  my own funds and the funds that were stated as a gift.
7      Q   How many people other than the one you have
8  spoken about said that it would be a gift?
9      A   I don't have a discrete number. I have a
10 calculative sum. So I mean, including my sum that I
11 make myself, in the ballpark of $350.
12     Q   How much of the $700,000.00 is yours, money
13 from you?
14     A   Around $200.
15     Q   I'm a little confused. You said it's all
16 sitting in a bank account. How has it been traded?
17     A   The capital that was there for that purpose
18 was sitting in the bank account. That's why I used the
19 figure 2.2. The other funds are being traded.
20     Q   So the difference between 2.2 and $700,000.00
21 is funds being traded?
22     A   No. 2.2 is with the leverage.
23     Q   Okay. So of the $700 -- the $700,000.00 is
24 all the money that people have given you, gifted and
25 non-gifted, correct?

Page 67

1      A   Yes, and I can see where you were confused.
2  The $700,000.00 is conglomerate, and where it's being
3  kept in the bank account, right. So the bank account is
4  linked to brokerages that we use. So the brokerages
5  being stated as we went over in our phone conversation,
6  Robinhood, TD Ameritrade, and Dinkler Schwim. So
7  Dinkler Schwim is the bro-, platform, Tastyworks.
8      Q   Can you say that again, a little slower? I'm
9  sorry.
10     A   Dinkler Schwim, Sorry.
11     Q   Dinkler Schwim.
12     A   Not Dinkler Schwim.
13     Q   Oh, okay. So start over.
14     A   TD Ameritrade.
15     Q   So TD Ameritrade.
16     A   Robinhood, Tastyworks.
17         BY MR. DONAHUE:
18     Q   I'm still confused. So you have collected
19 about $700,000.00 from roughly 42 people, correct?
20     A   Yes, sir.
21     Q   Some of it's gifted, some of it's not gifted,
22 correct?
23     A   Yes, sir.
24     Q   Okay. So the gifted and not gifted, when you
25 take that money -- and you're using the word

Page 68

1  conglomerate. Is that the same as like when you total
2  it up?
3      A   Yes, sir.
4      Q   So when you total it up it's $700,000.00,
5  correct
6      A   Around.
7      Q   What portion of the $700,000.00 is being
8  traded?
9      A   The portion that is under my name.
10     Q   But you had said it's all in a bank account
11 under the name of APCI. That's what's confusing me.
12     A   I mean, the bank account is where the funds
13 are being held.
14     Q   Okay.
15     A   But some of them, I mean some of the funds are
16 still being allocated to trade.
17         BY MR. BASINGER:
18     Q   Are you saying that you are trading based on
19 the amount you believe you deposited into that APCI bank
20 account?
21     A   And the, the --
22     Q   No, no, answer that question. Is that
23 correct?
24     A   Yes, sir.
25     Q   Okay. So it's not that within the APCI

Page 69

1  account there is some way for you to segregate your
2  money that you put in versus the friends and family
3  money?
4      A   Yes, sir.
5      Q   It's all one pot of money, correct?
6      A   Yes, sir.
7      Q   Okay.
8          BY MR. DONAHUE:
9      Q   Where are you trading it? That's what I'm
10 confused.
11     A   TD Ameritrade.
12     Q   So money has come out of the Bank of America
13 account and been transferred to TD Ameritrade?
14     A   Yes, sir.
15     Q   And is that account in the name of APCI?
16     A   That account is in my, considering the funds
17 that were traded are, solely belong to me.
18     Q   Okay. And, well belong to you, and also
19 people who gifted it to you, correct?
20     A   Yes.
21     Q   Okay. Do these, the people who gifted it to
22 you, they expect a return, correct?
23     A   They don't expect a return.
24     Q   But Ali does?
25     A   He stated that a return would be nice, but he

Page 78

1    A  A wire.
2    Q  Okay.  How is it -- so it's wired from one
3  account at the bank to another account at the bank?
4    A  At the same bank, yes, because the bank to
5  bank transfers, intra-bank limitation is $10,000.00.
6    Q  Okay.  Did it all come at once or did it come
7  in different portions?
8    A  In came in increments.
9    Q  Over what period of time?
10   A  As in figuratively, are you looking for like
11  days?
12   Q  Like when did you start transferring money
13  from your personal account into the bank account of
14  APCI, and when did it, when did you get up to the - I'm
15  assuming you did multiple transfers.  When did it get up
16  to the $250,000.00?
17   A  Early October to now even.  I mean, I just
18  keep putting money I make as I work there.
19   Q  Okay.  But you had described some of that as
20  an inheritance, so some money must have been sitting in
21  your Bank of America account, right?
22   A  Yeah.
23   Q  Okay.  Did that go over in portions, or did
24  that go, was that spread out in a number of transfers?
25   A  That was also spread out in a number of

Page 79

1  transfers.
2    Q  And what made you spread it out as opposed to
3  transferring it all at once?
4    A  Depending on our budget that we needed for
5  operational costs, and depending on my own stance as to
6  how much I wanted to transfer over.
7       Do you mind if I get the time?
8       BY MR. BASINGER:
9    Q  It is 2:19.
10   A  Okay.
11   Q  Do you still think you need to leave at, what
12  time?
13   A  Do you mind if we just do this for another 10
14  more minutes?  Is that okay?
15   Q  You're free to leave when you want to, yeah.
16   A  Okay.  I at least want to go over the next
17  exhibit though.
18   Q  Yeah.  Well, I think in the interest of time
19  let me just wrap up with a couple questions.  So one, I
20  have emailed you earlier this week, and it looked like
21  you had a separate email address you had responded to.
22  Did your email address change?
23   A  You're talking about the syedarbab versus the
24  SAA90285?  I don't know what that is.  That's a
25  university thing.  My dad had the same problem.  Both

Page 80

1  use, both those pinpoint to the same email, so.
2    Q  Okay.  So it's not that you have a separate
3  account?  I just want to make sure I'm sending it to
4  only you --
5    A  Yeah.
6    Q  -- and not some other person.
7    A  Yeah.
8    Q  Okay.  Where do things stand now in terms of
9  your next steps with APCM?
10   A  Are you talking about the Management LLC?
11   Q  Yes.
12   A  In terms of structural-wise, just finish up
13  the structure, gather all the entities that are needed
14  for open the fund itself, auditing team, administrator,
15  prime brokerage setup, new bank setup, and then just
16  clean everything up as much as we can before we move
17  onto the next step as to getting like huge seed
18  capitalists, like million dollars awarded, stuff like
19  that.
20   Q  Umm --
21   A  But --
22   Q  Go ahead.
23   A  I did want to add, the -- I mean, based on our
24  entity and our, legal-wise, all the legal work, we have
25  to stay under the roof of $100 million in terms of FINRA

Page 81

1  SEC regulations, just because we are not registered
2  advisors.
3    Q  Understood.  So I want to ask --
4       MR. BASINGER:  Do you want to go ahead?
5       BY MR. DONAHUE:
6    Q  Well, I just wanted to clarify.  So, so what's
7  the -- how many brokerage accounts do you have at TD
8  Ameritrade?
9    A  The only brokerage account that was used for
10  APCI, funds was the TD Ameritrade, but I had to state
11  every brokerage that I personally use.  So Robinhood was
12  the first one I used since my freshman year.
13   Q  So the $700,000.00 that you talked about, that
14  went to the TD Ameritrade account in your name, correct?
15   A  Yes, sir.
16   Q  Okay.  And what is the status of that now?  Is
17  there money in it?
18   A  It's still active, yes.
19   Q  Okay.  So it hasn't been closed out?
20   A  The TD Ameritrade account?  Currently I
21  haven't checked, but I -- I don't know.
22   Q  When was the last time you checked it?
23   A  I think last week.
24   Q  How much was in it then?
25   A  Around -- at the most it was around

## Page 82

1  $200,000.00, ballpark.  But we haven't touched the
2  trading account, so I'm not sure.
3      Q   What do you mean you haven't touched the -- is
4  that the trading account or are you talking about a
5  different account now?
6      A   That is the trading account.
7      Q   That's -- and so you haven't touched it.  So
8  you put money into it, you've traded it, you haven't
9  taken money out of it?
10     A   For the time being, yes.
11     Q   Okay.  It's your account, right?
12     A   Yes, it's under my name.
13     Q   Okay.  You keep saying we haven't taken out,
14  so who is the we again?
15     A   I don't, I don't mean to use the noun we.
16  It's --
17     Q   It's you?
18     A   It is me, yes.
19     Q   Okay.  And did you ever calculate a
20  performance return for your trading in that account?
21     A   As in?
22     Q   How much you have earned.
23     A   Percentage?
24     Q   Yeah.  Or a dollar figure, you can give me
25  that too.  You said you were, you had, you didn't touch

## Page 83

1  it as well.  I don't want to put words in your mouth.
2      A   Percentage-wise, ballpark range of 10 to 15
3  percent.
4      Q   10 to 15 percent, okay.
5          BY MR. BASINGER:
6      Q   Do you recall going to Las Vegas in December
7  of last year?
8      A   Yes.
9      Q   Do you recall making purchases of casino chips
10  with cash?
11     A   Yes.
12     Q   Where did the cash come from?
13     A   My personal account.
14     Q   Your Bank of America account?
15     A   Yes, sir.
16     Q   Did any of that represent money you had moved
17  in from the APCI account?
18     A   No, sir.
19     Q   Okay.  So you weren't taking that as your
20  salary or?
21     A   No, sir.  That was personally raised and
22  worked for money, yes.
23     Q   But it's the same Bank of America account
24  where you would move money from APCI's Bank of America
25  account to your personal account?

## Page 84

1      A   Yes.
2      Q   But you're saying that the cash you got to buy
3  casino chips was from your personal account in your
4  name?
5      A   Yes, sir.
6      Q   Not from the APCI account?
7      A   Yes, sir.
8      Q   Why were you in Vegas in December of 2018?
9      A   On a winter break trip with my friend.
10     Q   And did you do anything related to APCI on
11  that trip?
12     A   In terms of meetings I did set up one meeting
13  with a seed capitalist, but that was it.
14     Q   Did you reimburse yourself for any costs
15  during that trip to Las Vegas from APCI?
16     A   Yes, I did.
17     Q   What was that?
18     A   As I mentioned, for the dinner.  Under
19  $100.00.
20     Q   And did you go to Vegas again in March of this
21  year?
22     A   Yes, I did.
23     Q   And do you recall making more casino chip
24  purchases with cash?
25     A   Yes, sir.

## Page 85

1      Q   And where did that money come from?
2      A   That was from my personal again, but the cost
3  for that trip was paid by APCI, since it was a company
4  meeting.
5      Q   What was the meeting?
6      A   It was for hedge fund money meeting.  I don't
7  know. Steve, Steve told me about it.  It was for
8  emerging funds, emerging firms to essentially meet
9  there. It's like a meet- and-greet and essentially
10  bounce off ideas how to develop each other and how to
11  find seed capital.
12     Q   How much would you say ballpark-wise did the
13  March 2019 trip to Las Vegas cost APCI?
14     A   March 2019, like $4, $4,000.00.
15     Q   And did anybody else go on behalf of APCI,
16  like Mr. Romanoff?
17     A   Yes, sir.
18     Q   So he was on the trip as well?
19     A   Yes, sir.
20     Q   Was he reimbursed separately outside of that
21  approximate $4,000.00?
22     A   Uhhh --
23     Q   Or did that $4,000.00 --
24     A   That $4,000.00 covered both of us.
25     Q   Okay.  So that includes both of you.  Were

Page 90

1    Q   How much do you pay for that?
2    A   Oh, I mean the costs aren't incurred for that
3  since I already live there.
4    Q   So you're not actually paying anything extra
5  to use the workspace there?
6    A   Yeah.
7    Q   Is it a defined room like the one we're in now
8  with four walls and a door that's just for APCI?
9    A   Not a defined room.  It's essentially like a
10  virtual location, so we have all our mail come there
11  just for APCI, but we use the conference room for
12  company development.
13    Q   So do you only go in there when you want to do
14  something, that's when you're working in the conference
15  room is if you are physically in there?
16    A   Yes.
17    Q   But anybody else could use that space?
18    A   Not unless -- I mean, the space can be
19  occupied by individuals at a time at one week, like
20  rent them out essentially.
21    Q   All right.  But you're not actually paying to
22  use the space --
23    A   Not paying, yeah.
24    Q   -- anything additional than what you pay to
25  live there?

Page 91

1    A   Yes, sir.
2    Q   Okay.  So how often would you say you go in
3  that room to do any work?
4    A   From 8:00 a.m. to 4:00 p.m., unless I have to
5  go to class.
6      BY MR. DONAHUE:
7    Q   Can I ask you a question?  I know time is
8  limited.  How many chips did you buy with cash in I guess
9  those two trips, right, the December trip and the March
10  trip?
11    A   All together?
12    Q   Or ballpark.
13    A   Would be under the figure of $7,000.00.
14    Q   Is that the conglomerate of all three trips?
15    A   All three trips?
16    Q   Two trips, I'm sorry.
17      MR. BASINGER:  Two trips.
18      THE WITNESS:  Yeah.
19      BY MR. DONAHUE:
20    Q   Okay.  So the total would be that.  Why cash?
21    A   I mean, we took it out of the ATM.
22    Q   You took that much money out of the ATM?
23    A   Yeah.
24    Q   Where was the ATM?
25    A   In the casino.

Page 92

1    Q   Again, why did you do it in cash?
2    A   I don't think you can buy chips with a card.
3      BY MR. BASINGER:
4    Q   Did you win?
5    A   Yeah.
6    Q   How much did you walk away with?
7    A   The first trip I turned -- initially I came
8  with $150.00 and then went to like $7,000.00, lost a
9  little, withdrew a little more, and then turned it to
10  around $15.
11    Q   Thousand?
12    A   Yeah.
13    Q   And that was the December trip?
14    A   Yeah.
15    Q   And what about in March?
16    A   March I actually lost.
17    Q   How much did you lose?  How much did you start
18  with?
19    A   Withdrew around $3,000.00, and we lost around
20  $2,500.00.
21    Q   And these were all withdrawals out of your
22  personal Syed Arbab account at Bank of America?
23    A   Yes, sir.
24    Q   Okay.  Is there any other places you have gone
25  gambling in the last two years?

Page 93

1    A   Any other place, no.
2    Q   Are these the only two times you have gone to
3  Vegas?
4    A   I went with my family.
5    Q   Okay.  Any other times you've gone to Vegas
6  and gambled?
7    A   Yes.
8    Q   Okay.  When did you go with your family?
9    A   When I was younger.
10    Q   Okay.
11    A   Like 12.
12    Q   Not when you had access to Artis Proficio
13  Capital accounts --
14    A   No, sir.
15    Q   -- and money?  Okay.
16      MR. BASINGER:  Did you have anything else on
17  the trip?
18      MR. DONAHUE:  Not right now.
19      BY MR. BASINGER:
20    Q   Okay.  I want to be respectful of your time,
21  but I do want to ask a couple final questions.  You've
22  got -- do you have your phone with you today?
23    A   Yes.
24    Q   Do you have Mr. Romanoff's contact
25  information?

24 (Pages 90 to 93)

Page 98

1   would have anticipated you would use their money for?
2       A  No.
3       Q  And why is that?
4       A  Because the capital wasn't used.
5       Q  How so?  Was it not basically moved into your
6   personal brokerage account and then moved out to
7   somewhere else?
8       A  No, it sat in the brokerage account.
9       Q  Okay.  But you've got this other account at
10  Bank of America for Artis Proficio --
11      A  Yeah.
12      Q  -- that's a checking account essentially,
13  right?
14      A  Yeah.
15      Q  Why are they -- why are some people sending
16  money to your personal brokerage account versus some
17  people giving money to a Bank of America account?
18      A  Because the two individuals that sent it to
19  the brokerage account directly asked me to trade on
20  their behalf, yeah.
21      Q  As part of Artis Proficio or something else?
22      A  As part of Artis Proficio, yes.
23      Q  Okay.  And are you actively soliciting anyone
24  else right now to try to give you more money?
25      A  At the time no, I have ceased.

Page 99

1       Q  Okay.  So what are you -- what's your plans
2   when you leave here today with the money?
3       A  What do you mean?
4       Q  That you have in this brokerage account and
5   the APCI account at Bank of America.
6       A  It's still going to be sitting there.
7       Q  Okay.  Are you still trading though?
8       A  In the personal account, yes.
9       Q  Okay.
10          MR. BASINGER:  Anything else?
11          BY MR. DONAHUE:
12      Q  Have you recorded your returns to the
13  individuals who had given you money directly to the TD
14  Ameritrade account?  You mentioned Mr. Gillen.
15      A  Yes, sir.
16      Q  Do you get reports of returns?
17      A  The K-1s, yeah.
18      Q  How is the K-1, under what entity is the K-1
19  issued?
20      A  The K-1 is issued under APCI.  No, I'm sorry.
21  The K-1 is issued as like a receipt for how much capital
22  gains they have made, and how much they would have to
23  file for.
24      Q  But that's all carried in your personal TD
25  Ameritrade account, right?

Page 100

1       A  Yeah.
2       Q  So you're going to pay taxes on their gains?
3       A  Yes, and then the K-1 is like showing you how
4   much I made essentially.
5       Q  How are they going to report that on their, on
6   their taxes?  So they're going to report on their taxes
7   based on your K-1, but you're also separately going to
8   pay income taxes on it as part of your -- because it's
9   in your tax I.D. number, right?
10      A  Yeah.
11      Q  Okay.
12      A  I mean, for that capital they're not filing --
13      Q  Okay.
14      A  -- on their behalf, on their Social Security
15  for tax purposes.  They are reimbursing what I have to
16  pay for on their behalf for capital gains.
17      Q  Okay.  You have mentioned a law firm, Parker
18  MacIntyre.  Do you have an accounting firm that's going
19  to help you launch this fund?
20      A  I mean, we're still looking for the accounting
21  firm.  That's our administrator.
22      Q  Well an administrator and an accounting firm
23  are different.  I mean what -- are we talking doing a
24  CPA or what?
25      A  Well, the administrator is the accounting

Page 101

1   firm.
2       Q  Okay.
3       A  That's the terminology that we're using for
4   that.
5       Q  Okay.  When do you think this is going to
6   launch?
7       A  We had a anticipation date of June.
8          BY MR. BASINGER:
9       Q  Of 2019?
10      A  Yeah.
11          BY MR. DONAHUE:
12      Q  That's -- you said we had.  That's past tense.
13  What is your --
14      A  We have.
15      Q  Oh you have, okay.  You have, okay.  And you
16  are -- are you on track for that date?  Are you on track
17  for that date?
18      A  Yes, sir.
19          BY MR. BASINGER:
20      Q  I see you are wearing a Master's 2019 hat
21  today.  Did you go the Master's last week?
22      A  No, actually my friends came in from Michigan
23  and they got tickets from the lottery and they came to
24  visit.  So they stayed with us in our, in the guest bed,
25  and they brought me back a hat.  But --

EXHIBIT

B

Home    About    Client Login



# Welcome to our Firm

Artis Proficio is an investment vehicle that aims to derive returns independent from the direction of the global markets. There will be an emphasis on directional trading positions, special timing situations, and event driven concepts. The Fund pursues the attainment of its investment objectives through one initial channel, investment in Exchange Traded Funds ("ETFs"), including other Standard & Poors Depository Receipts ("Spiders"). The Promoter believes that this investment method gives the widest scope for growth while limiting firm-specific risk through the diversification of Spiders.

**EXHIBIT**

APCI-6
4-19-19   KME