# EXHIBIT 2 TO SEC MEMORANDUM OF LAW

## DECLARATION OF RENEE ELIZABETH LORYS

I, Renee Elizabeth Lorys, being legally fit and qualified to testify in a court of law, and having personal knowledge of the facts contained herein, do hereby declare under penalty of perjury (28 U.S.C. § 1746) as follows:

1.     I am 25 years of age, a resident of North Augusta, South Carolina, and am currently employed as a pharmacist for Publix Super Markets, Inc.

2.     In the fall of 2018, I wanted to invest money from my job as a pharmacist.  My brother, an undergraduate student at the University of Georgia ("UGA"), told me that his friends at UGA were apparently making good returns by investing with an individual named Syed Arham Arbab ("Arbab") and my brother offered to put me in touch with Arbab.  I agreed that my brother could provide my contact information to Arbab.

3.     On October 5, 2018, I received a text message from Arbab's personal cell phone (number ███-0841) in which he wrote that my brother had told Arbab I was "possibly interested in investing with our firm! Would you like to get more information?"  Copies of the text message exchanges referenced in this Declaration are attached hereto as Exhibit A.

4.     I wrote back that I "would definitely like more info!"  At that point, Arbab sent back a series of text messages, writing that his "firm," which I understood to be called "Artis Proficio," was "different because we target young investors/college kids."  Arbab explained investor funds were "GUARANTEED and backed up to 15,000$."  He further told me in his text messages that his "hedge fund" would have lower costs than most other hedge funds, noting that he would not take any percentage of my initial investment and would only take "15% off [my] capital gains after calculating taxes," whereas other hedge funds would take "2% of their clients' initial investments and take 20% on top of their capital gains."  Arbab added that "getting updates on your account is as simple as just shooting me a text" and noted that I could pull out my money with two weeks advanced notice.

5.     In a series of additional text messages, Arbab described positive experiences from existing investors, including UGA students and faculty.  Further, he wrote that his fund had experienced "growth of about 56% on individual accounts" in the prior year.

Initial: _RL_   Date: 05/23/2019

6.      I decided to invest and Arbab provided me with instructions on how to wire my investment to the Artis Proficio fund's bank account, explaining that I would send a wire from my personal SunTrust Bank checking account to a specific account for which Arbab was listed by name as the "main proprietor." Arbab said his fund would cover all wire fees and told me to indicate on my wire that it was for "Artis Proficio investing." The account to which I sent my $4,975 on October 9, 2018, was at Bank of America. Arbab had given me the account number.

7.      I invested again with Arbab's hedge fund on October 22, 2018, sending another $10,975 to invest in the fund after Arbab texted me and told me it was a "good time to make easy and lucrative profits" because various large public companies were about to report their earnings. I sent my second investment to the same bank account as before.

8.      Arbab reached out to me again on December 20, 2018, texting me that I could make "easy money" by investing through Arbab in Amazon stock. I understood that any new investment would be added to my existing hedge fund investor account. I agreed to invest for a third time, sending $9,975, with $7,100 going to what I understood was the Artis Proficio fund's bank account where I had sent my earlier investments, while I also sent $375 to Arbab via Cash App, and sent another $2,500 via Venmo to Arbab's "partner," Mustafa Faroon.

9.      On March 27, 2019, Arbab texted me to offer the chance to invest again, writing that the fund was seeking to raise $2.5 million in order to obtain additional "leverage" from Merrill Lynch. I initially rejected Arbab's offer to invest, but he persisted and persuaded me to invest additional funds by offering terms that were more favorable. He offered me a "bond agreement" with 8 percent interest. Based on those terms, I relented and agreed to invest another $20,000. This time Arbab instructed me to wire my money to a different account, also at Bank of America, but which Arbab said was an account for Artis Proficio Capital Investments, LLC ("APCI"). On April 2, 2019, I used the instructions provided and wired $20,000 to the APCI account with the understanding from Arbab that I would have my investment and the 8 percent interest paid back to me by April 15, 2019.

10.      After Arbab failed to pay me back the $20,000 with 8 percent interest on April 15, 2019, I demanded the return of my funds. Arbab told me on multiple occasions, through text messages and phone calls, that he was sending me a wire for the funds. Subsequently, I received a $10 wire from Arbab, though he had texted me he was sending $22,000. I also received two transfers to my Cash App account totaling $600 which I understood to be payments from Arbab.

I declare under penalties of perjury that the foregoing is true and correct. Declared and executed this ___23rd___ day of ___May___, 2019.

Renee, Elizabeth Lorys

Renee Elizabeth Lorys

# EXHIBIT

# A

2:50

Syed

iMessage
Fri, Oct 5, 1:27 PM

Hey Renée, i was talking to your brother earlier and he told me you were possibly interested in investing with our firm! Would you like to get more information?

Fri, Oct 5, 4:35 PM

Let me know when you are free, i can shoot you a call too if that's easier as well!

Sorry I've been at work all day! I work till 9 so call won't work! I would definitely like more info!

No problem at all, i assumed! And okay I'll give you a summary real quick

let me tell you a little about the firm in general. It's different because we target young investors/ college kids to start experiencing what investing

SEC-LorysR-E-0000033

2:50

Syed

summary real quick

let me tell you a little about the firm in general. It's different because we target young investors/ college kids to start experiencing what investing really is. So let me tell you about the guarantees we make first:

- your money is GUARANTEED and backed up to 15,000$. What this means is that if i were to ever lose in an investment so badly your account goes below your initial investment, i would have to reimburse it to the initial amount. We try to keep it at a max of 15,000$ just to hedge liability of handling too much capital from one client, while also guaranteeing the safety of their money.

- most hedge funds do a 2/20 with their clients. What this means is that they take 2% of

SEC-LorysR-E-0000022

2:49

Syed

- most hedge funds do a 2/20 with their clients. What this means is that they take 2% of their client's initial investments and take 20% on top of their capital gains (excluding tax fees). We don't take ANY money from your initial investment, and we do a 15% off your capital gains after calculating taxes.

-getting updates on your account is as simple as just shooting me a text. We keep a detailed record of your daily portfolio performance and we are OBLIGATED to give you an update within 24 hours of you asking (information is usually available within minutes). So whenever you have a question about your portfolio or how you're doing, just shoot me a text.

-finally, pulling out your money is made simple with our 2 week advance rule. Most hedge

SEC-LorysR-E-0000023

2:48 ✈

📶 📶 ▂

< S

Syed

ⓘ

you'd be really pleased with the
service and the results

Mon, Oct 8, 4:20 PM

Also just let me know if you're
not interested so I don't keep
bothering you with this! Your
brother just wanted me to
reach out to you bc he told me
you were trying to find a good
place to invest your disposable
income, and he heard a lot of
good feedback from some of
the people that invest with us
such as students, University of
Georgia faculty, and local
restaurant/bar owners

I'm still very interested!!! I'm
sorry I've been terrible about
getting back to you! I've just
had a lot going on these past
couple days

No omg I've probably been
bugging the shit out of you, i
just wanted to make sure i
wasn't texting you and you're

SEC-LorysR-E-0000083

2:48 ✈



Syed

partnership, and not a hedge fund, so each investor is essentially a "limited partner" of the fund

What would you estimate as a typical return for a one year investment?

Just trying to see the potential benefit.

Based on the average for last year, we saw a growth of about 56% on individual accounts. If you look at the financial statement i sent to your email, you can see typical weekly growth and monthly growth starting from August

So if I were to try y'all out and let's say invest $5,000. You would take 7% of capital gains after taxes have been calculated?

7% of profit. We don't take any

SEC-LorysR-E-0000085



2:47 ◢

Syed

View/Get Copies

ACCOUNT DETAILS

Account Number                          VIEW

Routing Numbers ⓘ

Paper & Electronic

Just sent you the updated
contract, and attached is the
routing number for the wire
transaction.

When it asks for "name of
account transferring to" put
down Syed Arham Arbab
because I'm the main
proprietor of the fund's
account, but when it asks
"what is it for" type in Artis
Proficio Investing

Mon, Oct 8, 9:02 PM

Great thank you so much!

If you have time tonight, you
can try to initiate the wire just
so we can start investing for

SEC-LorysR-E-0000129

2:43 ✈


Syed

economy is because of the rise in interest rate and the negative sentiment Donald trump has on the fed. With mid terms we will probably see a stagnation in the market, but nothing really too influenced by it because the major market movers aren't up for re-election or anything

Major market movers meaning politicians involved in economic turbulence

Hmm interesting. Well thanks for checking in!

Mon, Oct 22, 11:56 AM

Also meant to tell you, this entire week a lot of big companies are reporting their earnings so it'll be a good time to make easy and lucrative profits. If you wanted to invest more equity in your portfolio, there wouldn't be a better time tbh

SEC-LorysR-E-0000053

1:20                     ·ıll LTE ▮

 **S**
Syed                        

**Fri**, Dec 14, 1:54 AM

How was your online banking

**Thu**, Dec 20, 6:39 PM

Hey there's easy money for amazon over the weekend. I can place a separate investment apart from your account to make huge returns. I'm expecting 7-12% returns. We're going to dip in and dip out. I would say throw a couple grand to make a good quick profit, and i can get the money back to you by next Thursday

Sure

As long as I get some profit lol

Yeah it's just one of those **indicators that's a** blinking **red** that's just too easy to not go in

How much do you want to put in?

      iMessage     

     

SEC-LorysR-E-0000141



8:25

S

Syed ›

take money out of my
investment for this

I don't have $15k in my
checking account right now but
I'll see what I can send without
access to my online banking I
can't transfer

Is there a limit in cashapp?

There's a 5k limit! And yeah
sorry for not making that clear,
i was just saying this would be
separate since you're getting it
back next week. And you can
use Venmo too if you want

Can I just do two $5,000
transactions?

@ ████████████

This is partner's Venmo

And you can do cashapp and
**Venmo since i th**ink cashapp is
daily limit

iMessage

SEC-LorysR-E-0000134

May 2
2:30 AM

Syed >

> Yeah that's what the K-1 is

> But i did wanna ask u a question

Yes?

> We're doing a cap raise for our fund and we've gotta hit $2.5 mil in order to get leverage from our custodian bank Merril Lynch. The leverage is a 2:1, and we're currently at $2,350,000 AUM. However, we get audited next Wednesday from the bank for our current financial standings and we're trying to hit this 2.5 before then. Is there any way i could possibly give you equity in the company, like a standing bond, in exchange for the capital? The bond conditions would hold a 5% interest, and it would be a quick payout. Like cashed out by April 15th. I wanted to reach out because essentially a bond means that you would be a voting partner of the fund and i only wanted to reach out to people that actually know their shit about public markets and already an investor with us

> We've raised $112,000 so far.

> **Obviously don't need 38k from one** person but whatever you can do would help!

I don't really understand?

> So we're managing 2.35 Million rn. And need to hit 2.5 million in order to essentially get double of what we're trading with and we're 38k away from

SEC-LorysR-E-0000111



**Syed >**

BANKAMERIDEALS®

How Deals

**The name is:**

Artis Proficio Capital Investments, LLC

> Also why are there so many documents for the bond

> I didn't even want to look at them because it looks too confusing

Oh the bond doc is just one, the rest is just the company info like legal stuff so you have it on file

I can resend you just the bond doc so it makes it easier for you to see. On it, it says 5% interest but i can raise it

> Sure

What interest percent would you want

> Could you do 8%?

How much would ya be willing to buy the bond for

> 20k

Is 7.5% ok

If it's a deal breaker we can do 8

> Okay I am pretty sure I can do 20k at 8%

SEC-LorysR-E-0000112



3:01

Syed >

feelings, just would feel more comfortable investing my money elsewhere at this point.

You realize I'm an MBA student about to graduate, also our entire team consists of multiple firms such as legal, admin, auditing, and prime brokerage. And i understand that, but i feel like the returns we've made you are pretty significant. And we are still a growing company at this point. However, i did send you resources for your tax and answered the questions you had for them. I took time to do that and i was under the impression that i satisfied your questions you had

But like what next? Is this going to be your job? What if you do something else?

This is my fulltime job! That the entire reason I'm about to finish my MBA



SEC-LorysR-E-0000151