# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SYED ARHAM ARBAB, ARTIS PROFICIO CAPITAL INVESTMENTS, LLC and ARTIS PROFICIO CAPITAL MANAGEMENT, LLC,**<br><br>**Defendants.** | Case No. 3:19-cv-00055-CDL |

## NOTICE OF FILING REVISED PROPOSED FINAL JUDGMENT

Plaintiff Securities and Exchange Commission hereby gives notice of filing a revised proposed Final Judgment for the Court's consideration, which: (1) removes the erroneous language previously included indicating that Defendant Syed Arham Arbab had consented to entry of the earlier form [Dkt. No. 36-4] of the proposed Final Judgment; and (2) provides blank spaces to be filled in by the Court for the amounts of civil penalty and total judgment.

Dated:  March 13, 2024

        Respectfully submitted,

        */s/ W. Shawn Murnahan*
        W. Shawn Murnahan
        Senior Trial Counsel
        Georgia Bar No. 529940
        Email:  murnahanw@sec.gov

        M. Graham Loomis
        Regional Trial Counsel
        Georgia Bar No. 457868
        Email:  loomism@sec.gov

        Attorneys for Plaintiff
        SECURITIES AND EXCHANGE COMMISSION
        Atlanta Regional Office
        950 East Paces Ferry Road, N.E., Suite 900
        Atlanta, Georgia 30326-1382
        (404) 842-7600

## CERTIFICATE OF SERVICE

On March 13, 2024, I electronically filed the foregoing Notice of Filing Revised Proposed Judgment with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on counsel who have registered in the CM/ECF system. In addition, a copy has been provided via electronic mail to:

Syed Arham Arbab
sarhama072@gmail.com

/s/ W. Shawn Murnahan
W. Shawn Murnahan
Senior Trial Counsel