# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SYED ARHAM ARBAB, ARTIS PROFICIO CAPITAL INVESTMENTS, LLC and ARTIS PROFICIO CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 3:19-cv-00055-CAR |

**FINAL JUDGMENT AS TO DEFENDANT SYED ARHAM ARBAB**

The Securities and Exchange Commission having filed a Complaint and Defendant Syed Arham Arbab ("Defendant") having been served with said Complaint and filed an Answer [Dkt. No. 21]; consented to the Court's jurisdiction over Defendant and the subject matter of this action; waived findings of fact and conclusions of law; and waived any right to appeal [Dkt. No. 29-1] from this Final Judgment:

I.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant is liable for disgorgement of $509,032.12, representing net profits gained as a result of the fraudulent conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $65,544.15, pursuant to Section 21(d) of the Exchange Act [15 U.S.C. §78u(d)], Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)].

The Court deems the disgorgement liability of $509,032.12 satisfied, however, by the restitution order entered against Defendant for the same amount in *United States v. Syed Arham Arbab*, Case No. 3:19-CR-00051-CAR (M.D. Ga.), Dkt. Nos. 29, p. 6 & 29-1. This does not include liability for prejudgment interest of $65,544.15, which the Court finds should still be imposed. The Court enters judgment against Arbab in the total amount of $65,544.15.

Defendant shall satisfy this obligation by paying $65,544.15 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment. Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the

SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Syed Arham Arbab as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

The Commission may enforce the Court's judgment for prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment.

## II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the

Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts ordered by any judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Consent of Defendant Syed Arham Arbab [Dkt. No. 29-1] is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all the undertakings and agreements set forth therein.

### IV.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Amended Judgment as to Defendant Syed Arham Arbab dated April 8, 2021 [Dkt. No. 35] is incorporated herein with the same force and effect as if fully set forth herein, and that the permanent injunctive relief previously ordered by this Court shall remain in effect.

### V.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this

Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: August 8, 2024

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
